IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CHERYL LYNN KELLY a/k/a<br>CHERI LYNNE KELLY<br>CASTLEMAN,<br><br>Defendant. | Case No. 3:22-cr-00048-01-JMK-MMS |

**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE UPON A PLEA OF GUILTY**

A Plea Agreement was filed in this case at Docket 47. Pursuant to Rules 11 and 59 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Ms. Kelly entered a guilty plea to Count 1 of the Indictment, a violation of 18 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances.

Judge Scoble issued a Final Report and Recommendation at Docket 57, in which he recommended that the District Court accept the Defendant's plea of guilty to Count 1 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment, Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances. Defendant is adjudged GUILTY of Count 1.

The Imposition of Sentence set for August 24, 2023, at 10:00 A.M. is VACATED and RESET for August 24, 2023, at 1:00 P.M. in Anchorage Courtroom 3.

DATED this 6th day of June, 2023, at Anchorage, Alaska.

_/s/ Joshua M. Kindred_
JOSHUA M. KINDRED
United States District Judge

*United States v. Kelly*                                        Case No. 3:22-cr-00048-01-JMK-MMS
Order re Final Report and Recommendation                                        Page 2
Case 3:22-cr-00048-JMK-MMS   Document 58   Filed 06/06/23   Page 2 of 2