IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHERYL LYNN KELLY,<br><br>　　　　　　　　Defendant. | Case No. 3:22-cr-00048-SLG-MMS |

### ORDER RE MOTION FOR REDUCTION OF SENTENCE

Before the Court is Defendant Cheryl Lynn Kelly's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. Amendment 821 at Docket 128. Appointed counsel filed a notice that no amended motion would be filed.[1] The Government filed a response in opposition at Docket 134. The U.S. Probation Office for the District of Alaska filed a sealed Preliminary Report for Consideration of Sentence Reduction at Docket 135.

On September 11, 2023, this Court sentenced Ms. Kelly to 72 months' imprisonment after she pled guilty drug conspiracy.[2] Ms. Kelly received a two-level increase in her offense level pursuant to United States Sentencing Guideline

---

[1] Docket 131.

[2] Docket 96 at 1-2.

§ 3B1.1(c) due to her role as an organizer, leader, manager, or supervisor in the drug conspiracy.[3] She had zero criminal history points.[4]

Ms. Kelly now seeks a sentence reduction pursuant to Amendment 821, found at Guideline § 4C1.1, which applies to defendants with zero criminal history points.[5] The Government disagrees, maintaining that Ms. Kelly does not satisfy the requirements in § 4C1.1 and she is therefore ineligible for relief.[6]

Under § 4C1.1, a defendant who has zero criminal history points is eligible for a two-level reduction in her offense level if she "meets all" the criteria set out in Guideline § 4C1.1(a)(1)-(10). Among other requirements, Guideline § 4C1.1(10) provides that, to be eligible for the reduction, the defendant cannot have "receive[d] an adjustment under § 3B1.1 (Aggravating Role)." Because Ms. Kelly received an adjustment under § 3B1.1, she is ineligible for a sentence reduction pursuant to Amendment 821 and Guideline § 4C1.1.[7] As such, Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) at Docket 128 is **DENIED**.

---

[3] Docket 80 at 10 (sealed presentence report). Ms. Kelly objected to the enhancement, Docket 80 at 23 (sealed), but the Court adopted the presentence report without change, Docket 97 at 1 (sealed statement of reasons).

[4] Docket 80 at 14 (sealed).

[5] Docket 128 at 1.

[6] Docket 134 at 4.

[7] *See* Docket 135 at 1 (sealed).

Case No. 3:22-cr-00048-SLG-MMS, *United States v. Kelly*
Order Re Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)
Page 2 of 3
Case 3:22-cr-00048-SLG-MMS    Document 136    Filed 08/02/24    Page 2 of 3

DATED this 2nd day of August 2024, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cr-00048-SLG-MMS, *United States v. Kelly*
Order Re Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)
Page 3 of 3
　　Case 3:22-cr-00048-SLG-MMS   Document 136   Filed 08/02/24   Page 3 of 3